

VENABLE LLP | 1290 AVENUE OF THE AMERICAS
20TH FLOOR | NEW YORK, NY 10104
T +1 212.218.2100  F +1 212.218.2200  Venable.com

January 6, 2020

T 212.503.0665
F 212.218.2200

**VIA ECF ONLY**

The Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021
```

## MEMORANDUM ENDORSED

Re:   *Kiewit Power Constructors Co. v. Talbot Underwriting Ltd et al.*, Case No. 1:20-cv-9164
      **Request for Adjournment of Initial Pretrial Conference**

Dear Judge Woods:

Venable represents Plaintiff Kiewit Power Constructors Co. in the action referenced above.  Defendants are represented by Thomas S. Brown, Butler Weihmuller Katz Craig LLP.  Defendants' counsel agreed on December 22, 2020 to accept service of process on behalf of all Defendants, and the parties are endeavoring to memorialize that agreement.  The Court has scheduled the Initial Pretrial Conference in this action for January 19, 2021.

The parties are pleased to report that they have agreed to attempt to resolve this dispute via mediation.  That mediation is scheduled for January 27, 2021.  In light of the fact that service of process has just been completed, as well as to allow the parties to focus their efforts on the January 27 mediation, the parties jointly request that the Court adjourn the Initial Pretrial Conference, as well as all other related deadlines.  The parties propose that the Court adjourn to a date in early March in order to allow the parties to undertake their pre-conference disclosure and planning obligations in February, but defer to whatever date is most convenient for the Court.

No previous request for adjournment or extension of any deadline has been made in this action by any party.  All parties consent to and join in this request for an adjournment.

Respectfully submitted,

/s/ Benjamin P. Argyle

Benjamin P. Argyle

cc:   Thomas S. Brown, Esq., Butler Weihmuller Katz Craig LLP (via email only), *Attorneys for Defendants*
      Michael J. O'Connor, Esq., Venable LLP (*pro hac vice* forthcoming)
      Ken D. Kronstadt, Esq., Venable LLP (*pro hac vice* forthcoming)

---

Application granted.  The initial pre-trial conference scheduled for January 19, 2021 is adjourned to March 8, 2021 at 12:00 p.m.  The conference will take place by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information.  The parties are specifically directed to comply with Rule 2(C) of those rules.  The joint status letter and proposed case management plan referenced in the Court's November 5, 2020 order, Dkt. No. 24, are due no later than March 1, 2021.  Plaintiff is directed to serve a copy of this order on Defendants and retain proof of service.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.
Dated: January 6, 2021

_____
GREGORY H. WOODS
United States District Judge